# United States Court of Appeals

## For the Eighth Circuit

_____

No. 20-3113

_____

Donald East,

*Plaintiff - Appellant,*

v.

Warden Robert Dooley; Warden Brent Fluke,

*Defendants,*

PA Bradley Adams,

*Defendant - Appellee,*

PA Karissa Zimmer; RN Dayna Klawitter; LPN Brittany Huber; CPL Ahrens; CPL Barta; CO Mastalir; Jane Does, 1 and 2 and 3; Other Unknown Persons, and Entities in their individual and official capacities; LPN Janelle Bastemeyer,

*Defendants.*

_____

No. 20-3144

_____

Donald East,

*Plaintiff - Appellant,*

v.

Warden Robert Dooley; Warden Brent Fluke,

*Defendants - Appellees*,

PA Bradley Adams,

*Defendant*,

PA Karissa Zimmer; RN Dayna Klawitter; LPN Brittany Huber; CPL Ahrens; CPL Barta; CO Mastalir; Jane Does, 1 and 2 and 3; Other Unknown Persons, and Entities in their individual and official capacities; LPN Janelle Bastemeyer,

*Defendants - Appellees*.
_____

Appeals from United States District Court
for the District of South Dakota - Southern
_____

Submitted: April 28, 2021
Filed: May 10, 2021
[Unpublished]
_____

Before COLLOTON, BENTON, and STRAS, Circuit Judges.
_____

PER CURIAM.

In these consolidated appeals following final judgment in an action under 42 U.S.C. § 1983, Donald East, an inmate at Mike Durfee State Prison, appeals the judgment of the district court.[1] The court granted one defendant's motion to dismiss,

_____

[1]The Honorable Roberto A. Lange, Chief Judge, United States District Court for the District of South Dakota.

-2-

and granted summary judgment for the remaining defendants.  Upon careful de novo review, we affirm for the reasons stated by the district court.  *See* 8th Cir. R. 47B.

_____